UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S.A. vs. Phillip W. Parks Jr. | Docket No. 5:14-MJ-1984-1 |

### Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Phillip W. Parks Jr., who, upon an earlier plea of guilty to 18 U.S.C.§ Assimilating N.C.G.S. 20-138-1, Driving While Intoxicated- Level 5, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on November 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Phillip Parks, Jr. has failed to complete his community service, 20 hours of substance abuse treatment or made any effort to pay on his Court ordered fine and fees totaling $210.00. Now that he is gainfully employed, this officer is requesting a 3 month extension to give him an opportunity to complete these tasks before requesting a revocation hearing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 3 months for the expiration of November 3, 2016 to February 3, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Marla Bianco |
| Eddie J. Smith | Marla Bianco |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910.354.2535 |
| | Executed On: October 06, 2016 |

### ORDER OF THE COURT

Considered and ordered this __19th__ day of __October__, 2016, and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge

Phillip W. Parks Jr.
Docket No. 5:14-MJ-1984-1
Petition For Action
Page 2

FOR JUDGE'S VIEW ONLY

DO NOT FILE



**Phillip W. Parks Jr.
Docket No. 5:14-MJ-1984-1**